IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ESMERALDA CASTILLO,<br><br>    Plaintiff,<br><br>v.<br><br>SK2 GROUP INC. and KI JUNG SUNG,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-3085-MHC |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement of FLSA Action [Doc. 8] ("Joint Motion").

The Court reviewed the Settlement Agreement and General Release attached as Exhibit A to the Joint Motion [Doc. 8-1] ("Settlement Agreement") to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement for all parties are a fair, reasonable, and adequate resolution

of this action; and (2) the Settlement Agreement was were reached in an adversarial context where the parties had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement and General Release.  The costs of litigation, including attorneys' fees, shall be paid as provided in the Settlement Agreement.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 8], **APPROVES** the parties' Settlement Agreement and General Release, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 16th day of February, 2016.

_____
MARK H. COHEN
United States District Judge